UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-6296-GW-ADSx | Date | September 15, 2023 |
|---|---|---|---|
| Title | Donnie L. Cantrell v. A. Ramirez, et al. | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT


The Court has received the parties' Joint Status Report and Notice of Settlement (ECF No. 119). Based thereon, the Court takes off-calendar all previously set dates in this matter including the September 18, 2023 post-mediation status conference. The Court sets an Order to Show Cause re Settlement for October 2, 2023 at 8:30 a.m., and the parties are to file a dismissal of this action or a joint report re settlement by September 27.

|  | : | 02 |
|---|---|---|
|  | Initials of Preparer | JG |