JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-6296-GW-ADSx | Date | September 28, 2023 |
|---|---|---|---|
| Title | Donnie L. Cantrell v. A. Ramirez, et al. | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS :   IN CHAMBERS - ORDER TO DISMISS**

The Court has received the parties Stipulation for Dismissal (ECF No. 122). Based thereon and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is hereby dismissed with prejudice; each side to bear its own costs and attorney's fees; and the Court will retain jurisdiction to reopen the case at the request of any party to enforce the terms of the settlement agreement.

:

Initials of Preparer   JG